GEORGE W. SWEPSON *v.* ROBERT H. CHAPMAN.

ACTION tried, upon a demurrer by the plaintiff to the answer of the defendant, before *Henry, J.,* at Fall Term 1868 of the Superior Court of HENDERSON.

The note declared on had been given in substitution for one made prior to the year 1860. Upon this appearing below, his Honor ordered the complaint to be dismissed, and the plaintiff appealed.

*Merrimon,* for the appellant.

*Bragg, contra.*

READE, J. There is error. See Opinion in *Jacobs* v. *Smallwood,* at this term.

PER CURIAM. Demurrer allowed. Judgment of *respondeat ouster.* This will be certified, &c.

W. C. TATE *v.* L. J. ESTES.

MOTION to set aside a judgment and execution, allowed by *Mitchell, J.,* at Fall Term 1868 of the Superior Court of CALDWELL.

The judgment had been taken by default at Spring Term 1868 upon a bond executed October 15, 1866. The execution, which had issued from that term, had been levied September 21, 1868.

From the order made as above the plaintiff appealed.

*Folk,* for the appellant.

No counsel, *contra.*

READE, J. There is error. See Opinion in *Jacobs* v. *Smallwood,* at this term. Let this be certified.

PER CURIAM.                    There is error.